107 So.2d 913

## George H. RANDLE

v.

## W. N. PAYNE

6 Div. 385.

Supreme Court of Alabama.

Jan. 8, 1959.

Brobston, Jones & Brobston, Bessemer, for petitioner.

Huey, Stone & Patton, Bessemer, opposed.

GOODWYN, Justice.

Petition of George H. Randle for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Randle v. Payne, 39 Ala.App. 652, 107 So.2d 907.

Writ denied.

LAWSON, STAKELY and MERRILL, JJ., concur.

107 So.2d 906

## Doyce McCARY et al.

v.

## STATE.

3 Div. 856.

Supreme Court of Alabama.

Jan. 8, 1959.

John Patterson, Atty. Gen., and John F. Proctor, Asst. Atty. Gen., for the petition.

Rogers & Scott, Greenville, and Beddow, Gwin & Embry, Birmingham, opposed.

MERRILL, Justice.

Petition of the State by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in McCary v. State, 39 Ala.App. 642, 107 So.2d 903.

Writ denied.

LAWSON, STAKELY and GOODWYN, JJ., concur.

108 So.2d 432

## James Oliver IVEY

v.

## STATE.

8 Div. 970.

Supreme Court of Alabama.

Jan. 8, 1959.

Rehearing Denied Feb. 12, 1959.

John Patterson, Atty. Gen., and Geo. D. Mentz, Asst. Atty. Gen., for the petition.

J. D. Carroll, Jr., Huntsville, opposed.

GOODWYN, Justice.

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Ivey v. State, 108 So.2d 430.

Writ denied.

LAWSON, STAKELY and MERRILL, JJ., concur.